UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NATHANIEL GREEN,

                              Plaintiff,           9:10-CV-121

    -v-

MR. LAWRENCE SEARS, Superintendent, Ogdensburg Correctional Facility; MRS. A. CHARLEBOIS, Deputy Superintendent of Programs; MRS. PATRICIA BURNELL, Deputy Superintendent for Administrations; MR. LAWRENCE KANALY, Security Captain; MR. DOTY (Sgt); MR. LAFAYE (Sgt); MR. PATAK, (Sgt); MRS. HELGA ROSS, Inmate Record Coordinator; MRS. SUSAN MCLEAR, Inmate Accounts; MR. GERRY MOLNAR, Inmate Grievance Coordinator; MRS. A. BALDWIN, Correctional Counselor; MR. PHIL JESSMAN, Mail Room Clerk[1]; MR. BALCOM, Correction Officer; MR. FRARY, Correction Officer; and MR. CURRIER, Correction Officer,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| NATHANIEL GREEN<br>Plaintiff pro se<br>09-R-2641<br>Wallkill Correctional Facility<br>Box G<br>Wallkill, NY 12589 | |
| HARRIS, CONWAY & DONOVAN, PLLC<br>Counsel for Defendant Philip Jessmer<br>5 Clinton Square – The Patroon Building<br>Albany, NY 12207 | MICHAEL C. CONWAY, ESQ. |

---

[1] Defendant Philip Jessmer was incorrectly sued as "Phil Jessman."

| HON. ERIC T. SCHNEIDERMAN | C. HARRIS DAGUE, ESQ. |
| Attorney General for the State of New York | Ass't Attorney General |
| Counsel for the Remaining Defendants | |
| The Capitol | |
| Albany, NY 12224 | |

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff brought this action pursuant to 42 U.S.C. § 1983. On February 19, 2013, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised, by Report-Recommendation, that defendant Philip Jessmer's motion for summary judgment, Dkt. No. 45, be granted and that the remaining defendants' motion for summary judgment, Dkt. No. 48, be granted in part and denied in part. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

1. Defendant Jessmer's motion for summary judgment, Dkt. No. 45, is GRANTED;

2. The remaining defendants motion for summary judgment , Dkt. No. 48 is GRANTED in part and DENIED in part, as follows:

    (A) Plaintiff's claim for retaliation in connection with the denial of his request to disburse $3,800 to his attorney Melvin Simensky as against defendants Patak and Kanaly survives; and

(B) All other claims asserted by plaintiff are DISMISSED.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 14, 2013
      Utica, New York.